STATE OF NEW JERSEY
v.
Joseph RINALDI, Appellant.
No. 13927.

United States Court of Appeals
Third Circuit.

Submitted June 5, 1962.

Decided June 15, 1962.

Joseph Rinaldi, pro se.

Brendan T. Byrne, Prosecutor of Essex County, Newark, N. J., Peter Murray, Assistant Prosecutor, for respondent.

Before GOODRICH, McLAUGHLIN and STALEY, Circuit Judges.

PER CURIAM.

We have examined the appellant's contentions in this case and find no merit in them. The issues were satisfactorily disposed of by the district judge.

The judgment will be affirmed.

MONROE AUTO EQUIPMENT COMPANY, Plaintiff-Appellant,
v.
HECKETHORN MANUFACTURING & SUPPLY COMPANY, Defendant-Appellee.
No. 15037.

United States Court of Appeals
Sixth Circuit.

Aug. 6, 1962.

Don K. Harness & Robert L. Boynton, Harness, Dickey & Pierce, Detroit, Mich., Walter P. Armstrong, Jr., Armstrong, McCadden, Allen, Braden & Goodman, Memphis, Tenn., for appellant.

Robert F. Conrad, Watson, Cole, Grindle & Watson, Washington, D. C., Ewell & Ewell, Dyersburg, Tenn., Albert E. Strasser, Yungblut, Melville, Strasser & Foster, Cincinnati, Ohio., for appellee.

Before CECIL, WEICK and O'SULLIVAN, Circuit Judges.

ORDER.

The judgment of the District Court is vacated and this cause is remanded for consideration in the light of Dairy Queen Inc. v. Wood, 369 U.S. 469, 82 S. Ct. 894, 8 L.Ed.2d 44 and Shubin v. United States District Court, 369 U.S. 660, 82 S.Ct. 1035, 8 L.Ed.2d 273.